IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CANDELA CORPORATION and
SYNERON, INC.,

    Plaintiffs,

v.                        No. 17-1065

INMODE MD, LTD., d/b/a
INMODE AESTHETIC SOLUTIONS,

    Defendants.

---

ORDER DISMISSING MOTION TO DISMISS

---

    Before the Court is the May 5, 2017 motion of Defendant, InMode MD, Ltd., d/b/a InMode Aesthetic Solutions, to dismiss the complaint filed by Plaintiffs, Candela Corporation and Syneron, Inc. (D.E. 13.) On May 18, 2017, Plaintiffs filed an amended complaint. (D.E. 19.) Therefore, the pending motion to dismiss, (D.E. 13), is DISMISSED as moot. *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306-307 (6th Cir. 2000) (recognizing that amended complaint supersedes previous complaints and controls case thereafter), *cert. denied*, 533 U.S. 951 (2001); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005), *app. dismissed*, 454 F.3d 505 (6th Cir. 2006) (stating that an "amended complaint super[s]edes the original complaint, thus making [a] motion to dismiss the original complaint moot").

    IT IS SO ORDERED this 7th day of June 2017.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE