IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CANDELA CORPORATION and
SYNERON, INC.,

    Plaintiffs,

v.                                                              No. 1:17-cv-01065-JDB-egb

INMODE MD, LTD., d/b/a
INMODE AESTHETIC SOLUTIONS,

    Defendants.
_____

ORDER ADMINISTRATIVELY CLOSING CASE
_____

    In an email received by staff on September 5, 2017, counsel for the Plaintiffs advised the Court that the parties had reached a settlement of the matter in this action.  Accordingly, this action is hereby DISMISSED.  The dismissal granted herein shall be without prejudice for a period of thirty days from the entry of this order.  If settlement is not consummated within that thirty-day period, the parties may reopen this action upon motion approved by the Court.  Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

    IT IS SO ORDERED this 12th day of October 2017.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE